# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| HERBERT CARTER, IV | ) | |
| | ) | |
| v. | ) | Case No. CV416-029 |
| | ) | CR413-112 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Because this case bears many of the same "improper relationship" issues addressed in *Willis v. United States*, 2016 WL 1171296 at * 5 (S.D. Ga. Feb. 25, 2016), the Clerk is **DIRECTED** to refer it to Magistrate Judge James E. Graham.

**SO ORDERED**, this  18th   day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA