# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

HERBERT CARTER, IV, )
 )
    Movant, )
 )
v. ) CV416-029
 ) CR413-112
UNITED STATES OF AMERICA, )
 )
    Respondent. )

## ORDER

Guilty-plea convicted as a felon-in-possession of a firearm, Herbert Carter asks the Court to vacate his conviction because of constitutional violations committed by the prosecuting attorney, former Assistant United States Attorney Cameron Heaps Ippolito. Docs. 43 & 44.[1] *See also* docs. 37 (plea agreement) & 38 (March 12, 2014 judgment imposing 120 months' imprisonment). The Clerk is **DIRECTED** to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255. The Court directs respondent to respond within thirty days from the date of this Order.

---

[1] The Court is citing to the criminal docket in CR413-112 unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED,** this 23rd day of December, 2016.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA